No. 03–7086. McGRIFF v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–7087. YOUNG v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7088. WILLIAMS v. MARYLAND STATE BOARD OF EDUCATION. Ct. Sp. App. Md. Certiorari denied.

No. 03–7089. BETHEA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–7092. WALKER v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–7094. BROOKS v. NIX, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7096. BERNARD v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 03–7097. SMITH v. CHARLESTON METRO DRUG UNIT ET AL. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 03–7098. ALFORD v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7103. FULLER v. LAIDLAW, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 03–7105. GRINSTEAD v. WOODY. Ct. App. Ind. Certiorari denied.

No. 03–7113. DEAN v. HOCKADAY, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 03–7119. BANDA ORTEGA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–7128. RICHARDSON v. FIRST AMERICAN TITLE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7129. BEAUDRY v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied.